UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICTOR WOODARD,

                         Plaintiff,

    -v-                                     9:10-CV-1121

CAPTAIN R. SHANLEY and ALBERT PRACK,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

PRISONERS LEGAL SERVICES OF       JAMES M. BOGIN, ESQ.
   NEW YORK
Attorneys for Plaintiff
41 State Street
M112
Albany, NY 12207

HON. ERIC T. SCHNEIDERMAN         C. HARRIS DAGUE, ESQ.
Attorney General for the State of New York   KEVIN P. HICKEY, ESQ.
Attorney for Defendant                      Ass't Attorneys General
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On December 7, 2011, the Honorable David R. Homer, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion for judgment on the pleadings be granted and plaintiff's motion for summary judgment be denied.  Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion for judgment on the pleadings is GRANTED; and

2. Plaintiff's motion for summary judgment is DENIED.

The Clerk is directed to file a judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 29, 2011
       Utica, New York.